**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Jaime Arturo TORRES–OCHOA, a.k.a. Jimmy, Defendant–Appellant.**

**No. 06–11090**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Aug. 24, 2006.

Mauricio L. Aldazabal, Miami, FL, for Defendant–Appellant.

Anne R. Schultz, U.S. Attorney's Office, Miami, FL, for Plaintiff–Appellee.

Before TJOFLAT, DUBINA and HULL, Circuit Judges.

PER CURIAM:

Mauricio L. Aldazabal, counsel for Jaime Arturo Torres–Ochoa in this direct criminal appeal, has moved to withdraw from further representation of appellant and

filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Ochoa's convictions and sentences are **AFFIRMED.**

Hull, Circuit Judge, filed specially concurring opinion.